UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

R. WAYNE JOHNSON,

          Petitioner/Plaintiff,

v.                                    Civil Action No. 2:17-00022

U.S. POSTAL SERVICE,
(and U.S.P.S. JOHN DEOS 1-10),

          Respondents/Defendants.

MEMORANDUM OPINION AND ORDER

          The court having received the Proposed Findings and
Recommendation of United States Magistrate Judge Dwane L. Tinsley,
filed on July 5, 2017, pursuant to the provisions of 28 U.S.C. §
636(b)(1)(B); and having reviewed the record in this proceeding;
and there being no objections filed by any party to the proposed
findings and recommendation; and it appearing proper so to do, it
is ORDERED that the findings and conclusions made in the proposed
findings and recommendation of the magistrate judge be, and they
hereby are, adopted by the court.

          It is, therefore, ORDERED that petitioner's petition
for writ of mandamus (ECF No. 1) be, and hereby is, denied without
prejudice.  Accordingly, it is hereby ORDERED that this matter is
dismissed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: August 7, 2017

John T. Copenhaver, Jr.
United States District Judge